**Order entered December 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01044-CV

## CHANDLER MANAGEMENT CORPORATION, Appellant

## V.

## FIRST SPECIALTY INSURANCE CORPORATION, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. Dc-12-06968**

## ORDER

We **GRANT** the December 27, 2013 unopposed motion of appellee First Specialty Insurance Corporation for an extension of time to file a brief. Appellee shall file its brief on or before January 15, 2014. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/      ADA BROWN
            JUSTICE